STATE OF MINNESOTA

IN SUPREME COURT

A14-1035

In re Petition for Reinstatement of Christopher
C. Greenman, a Minnesota Attorney,
Registration No. 0349719.

ORDER

Petitioner Christopher Charles Greenman was admitted to practice law in the State of Minnesota in 2005. In September 2011, petitioner voluntarily resigned from the practice of law in Minnesota. On June 19, 2014, petitioner filed a petition for reinstatement to the practice of law in Minnesota pursuant to Rule 18(a), Rules on Lawyers Professional Responsibility (RLPR). The Director of the Office of Lawyers Professional Responsibility investigated the matter and reported his conclusions to a panel of the Lawyers Professional Responsibility Board, pursuant to Rule 18(b), RLPR.

After considering the written submissions of the parties, the panel found that petitioner has proven by clear and convincing evidence his ethical fitness and competence to practice law and has met all of the conditions for reinstatement.

We have independently reviewed the file and approve the panel's recommendation.

1

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that petitioner Christopher Charles Greenman is reinstated to the practice of law, subject to payment of the applicable registration fee under Rule 2, Rules of the Supreme Court on Lawyer Registration.

Dated: March 3, 2015

BY THE COURT:

Alan C. Page
Associate Justice

2